NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1532


ANNETTE LOFTON, INDIV., ET AL.

VERSUS

FARM BUREAU CASUALTY INS. CO., ET AL.


**********


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2001-2807-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE


**********


JOHN D. SAUNDERS
JUDGE


**********


Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.


AFFIRMED


**Jimmy L. Dauzat**
**Dauzat, Falgoust, Caviness**
**505 S. Court Street**
**Opelousas, LA 70571-1450**
**(318) 942-5811**
**Counsel for: Defendant/Appellant**
  **Louisiana Farm Bureau CasualtyIns. Co.**
  **Kerry L. Moreau**

**Norris Joseph Greenhouse**
**P. O. Box 1200**
**Marksville, LA 71351**
**(318) 253-6587**
**Counsel for: Plaintiff/Appellee**
    **Annette Lofton**
    **Dennis Clark**
    **Dontravius Clark**
    **Fitzgerald Lofton**
    **Angela Walker**
    **Fitzgerald Lofton, Jr.**